IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 15-25

JOSEPH GRAZIANO, JR.

ARRAIGNMENT PLEA

Defendant Joseph Graziano, Jr.

being arraigned, pleads   guilty to Counts 2, 3 & 5

in open Court this   11th   day of

February   , 20 15

_____
(Defendant's Signature)

_____
(Attorney for Defendant)